UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG A EGER, et al.,<br>    Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No. 18-cv-00199-DMR<br><br>**JUDGMENT** |

On August 30, 2019, the court granted Defendant's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: August 30, 2019



Donna M. Ryu
United States Magistrate Judge