# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:18-cv-00199-DMR

Date case was first filed in U.S. District Court: 1/9/2018

Date of judgment or order you are appealing: 8/30/2019

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

(●) Yes ( ) No ( ) IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Greg A. Eger
Juli A. Eger

Is this a cross-appeal? ( ) Yes (●) No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case? ( ) Yes (●) No

If Yes, what is the prior appeal case number?

Your mailing address:

7647 N. Fresno Street

City: Fresno State: CA Zip Code: 93720

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Scott M. Reddie **Date** Oct 11, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Greg A. Eger
Juli A. Eger

Name(s) of counsel (if any):

Scott M. Reddie

Address: 7647 N. Fresno Street, Fresno, CA 93720

Telephone number(s): 559-433-1300

Email(s): scott.reddie@mccormickbarstow.com

Is counsel registered for Electronic Filing in the 9th Circuit? (•) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

Michael G. Pitman

Address: 1500 Almaden Boulevard, Suite 900, San Jose, CA 95113

Telephone number(s): 408-535-5040

Email(s): michael.pitman@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Greg A. Eger
Juli A. Eger

Name(s) of counsel (if any):

John J. McGregor

Address: 5200 N. Palm Avenue, Fresno, CA 93704

Telephone number(s): 559-486-6000

Email(s): jmcgregor@smdlawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ◉ No

---

**Appellees**

Name(s) of party/parties:

United States of America

Name(s) of counsel (if any):

David L. Anderson

Address: 150 Almaden Boulevard, Suite 900, San Jose, CA 95113

Telephone number(s): 408-535-5040

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On October 11, 2019, I served true copies of the following document(s) described as **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** on the interested parties in this action as follows:

| | |
|---|---|
| John J. McGregor<br>Sullivan, McGregor & Doerr LLP<br>5200 N. Palm Avenue, Suite 404<br>Fresno, CA 93704<br>Telephone: (559) 486-6000<br>Facsimile: (559) 753-2800<br>*jmcgregor@smdlawgroup.com* | Counsel for Greg A. Eger and Juli A. Eger |
| David L. Anderson<br>Michael G. Pitman<br>United States Attorney's Office<br>150 Almaden Boulevard, Suite 900<br>San Jose, CA 95113<br>Telephone: (408) 535-5040<br>Facsimile: (408) 535-5066<br>*michael.pitman@usdoj.gov* | Counsel for United States of America |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 11, 2019, at Fresno, California.

*/s/ Mary M. Schnee*
Mary M. Schnee