UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 05 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

GREG A. EGER and JULI A. EGER,

Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

No. 19-17022

D.C. No. 4:18-cv-00199-DMR
U.S. District Court for Northern California, Oakland

**MANDATE**

The judgment of this Court, entered August 13, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $81.48.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7